UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO.: 8-21-cv-00128-TPB-TGW

JANE A. COTTRELL,

    Defendant.

_____/

**JOINT STIPULATION TO ENTRY OF**
**CONSENT DECREE AND FINAL JUDGMENT**

Plaintiff, the United States of America ("United States"), and Defendant Jane A. Cottrell hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgment ("Consent Decree").

1. Defendant waives service of the Summons and the Complaint.

2. Defendant acknowledges that Defendant has read the provisions of the proposed Consent Decree, has had sufficient time to consider its ramifications, understands the proposed Consent Decree, and is prepared to and will abide by all provisions of the Consent Decree.

3. Defendant acknowledges that she received money from individuals throughout the United States whom she did not know, by United States mail and other means, and enabled individuals in Jamaica to use the money using various means.

4. Without admission of liability or wrongdoing, Defendant stipulates to the entry of the attached proposed Consent Decree, freely, and without coercion.

5. For the purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

Each party to this action agrees to bear its own attorneys' fees and costs incurred in connection with this action.

Dated: December 29, 2020

*Jane A. Cottrell*
JANE A. COTTRELL
Defendant

Respectfully Submitted,

MARIA CHAPA LOPEZ
UNITED STATES ATTORNEY

/s/ *Mamie V. Wise*
MAMIE V. WISE
Assistant United States Attorney
Florida Bar No. 65570
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa St. – Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6200
E-mail: mamie.wise@usdoj.gov

GUSTAV W. EYLER
Director
Consumer Protection Branch

JACQUELINE BLAESI-FREED
Assistant Director
Consumer Protection Branch

/s/ *Linda I. Marks*
LINDA I. MARKS
Senior Litigation Counsel
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, D.C. 20044
Telephone: (202) 307-0060
Facsimile: (202) 514-8742
E-mail: linda.marks@usdoj.gov