**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# DISCOVERY MOTION REQUIREMENTS

THIS ORDER sets forth requirements for the filing of motions to compel discovery pursuant to Rules 36 and 37 of the Federal Rules of Civil Procedure.

Former Local Rule 3.04(a) set forth a helpful format to facilitate resolution of these types of motions, especially when multiple discovery requests were disputed. In order to streamline the court's Local Rules, this rule has been omitted from the updated version. However, because the rule has been so efficacious, the parties are directed to continue adherence to Rule 3.04(a)'s format when filing in my cases motions to compel under Rule 36 or 37, Fed.R.Civ.P. Specifically:

> A motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory, question on deposition, request for admission, or request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party, or the answer or response which is asserted to be insufficient; immediately followed by a statement of the reason the motion should be granted. The opposing party shall then respond as required by Rule 3.01(b).

The import of this requirement is that the objections and reasons why a discovery request should be ordered should follow each request. However, compliance is not required if the motion makes only a general, overall challenge and does not address specific objections or deficiencies.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 1st day of February, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE